JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL DUANE WILLIAMS,<br><br>        Petitioner,<br><br>   v.<br><br>CISNEROS, Warden,<br><br>        Respondent. | NO. CV 21-7847-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied as untimely and dismissed with prejudice.

DATED: July 19, 2022

/s/ David O. Carter
DAVID O. CARTER
United States District Judge